**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**LOGAN ANDREW LITTLE**                                                                    **PLAINTIFF**

**VS.**                                                         **CIVIL ACTION NO.: 1:26-cv-74-RPC-DAS**

**CARLOCK OF TUPELO, INC., et al.**                                          **DEFENDANTS**

**<u>ORDER</u>**

Before the Court is Plaintiff Logan Andrew Little's Motion to Remand [Doc. 16]. Having considered the motion and the record, the Court finds that the motion is not properly before the Court due to Plaintiff's failure to comply with the Local Uniform Civil Rules.

Plaintiff filed the Motion to Remand on June 10, 2026. However, Plaintiff did not file a separate memorandum brief in support of the motion as required by Local Uniform Civil Rules 7(b)(4), which provides that any party filing a motion is required to file contemporaneously a separate memorandum brief in support of the motion. L. U. Civ. R. 7(b)(4). Compliance with the Local Rules is mandatory, and the Court may decline to consider motions that fail to conform to those requirements. *Id*. ("Failure to timely submit the required motion documents may result in the denial of the motion.").

Because Plaintiff has failed to file a memorandum brief in support of his Motion to Remand, the Court will not consider the motion [Doc. 16] on its merits at this time. Plaintiff shall have ten days after issuance of this Order, or on or before **July 2, 2026**, to refile the Motion to Remand in compliance with Local Uniform Civil Rule 7(b).

**IT IS, THEREFORE, ORDERED** that Plaintiff shall, on or before **July 2, 2026**, file a Motion to Remand and a separate supporting memorandum brief in accordance with Local Uniform Civil Rules 7(b)(4).

**IT IS FURTHER ORDERED** that failure to timely comply with this Order and the Local Uniform Civil Rules may result in the denial of Plaintiff's Motion to Remand without further notice.

**SO ORDERED**, this the 22nd day of June, 2026.

_____
**UNITED STATES DISTRICT JUDGE**