IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ANDREW LOGAN LITTLE                                                   PLAINTIFF

v.                                              CIVIL ACTION NO. 1:26-CV-74-RPC-DAS

CARLOCK OF TUPELO, INC. ET AL                                     DEFENDANTS

## ORDER LIFTING STAY

On June 10, 2026, the court stayed the attorney conference, disclosure requirements, and all discovery pending an order on the plaintiff's Motion to Remand. Docket 17. On July 15, 2026, the court denied the plaintiff's motion. Docket 25. Accordingly, it is ORDERED that the stay in this case is lifted. The Court will set a Case Management Conference by further order.

SO ORDERED, this the 24th day of July, 2026.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE